FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 JAN 11  AM 11: 10

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

DONALD HALL,

        Plaintiff,

vs.                      Case No.  2:07-cv-603-FtM-34DNF

SECRETARY, DOC, MCI TELECOMMUNICATIONS, ADRO L. JHNSON, Warden, S. PORTER, Assistant Warden, B. MOUNT, Head Classification, L. STEVENSON, Classification, J.W. Liccata, Classification, P. SKIPPER, Assistant Warden, W. DAVENPORT, Law Librarian, R. TOMLINSON, Major, S. RODDENBERRY, Major, MR. VARTIAINEN, Mailroom Personnel, S.C. OTWELL, Lieutenant, M. GONNELLY, CO1 Officer, D. FRIZZIOLA, CO1 Officer, P. MANN, CO1 Investigator Officer,

        Defendants.

---

### ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file. Plaintiff, who is currently incarcerated within the Florida Department of Corrections, initiated this *pro se* action on September 17, 2007, by filing a handwritten 104 page civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint") against seventeen different Defendants, including MCI Communications, Inc.,

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

a private corporation (Docs. #1, #1-2, and #1-3). Plaintiff seeks to proceed in this action *in forma pauperis* (Doc. #2).

Plaintiff's Complaint stems from events that allegedly occurred while Plaintiff was incarcerated at Charlotte Correctional Institute. Specifically, Plaintiff alleges that he was placed on close management status and lost thirty (30) days gain time due to various false disciplinary reports. Complaint at ¶3 and ¶17. Additionally, Plaintiff generally complains about interference with his incoming and outgoing mail and "phone monitoring or recording" of telephone calls. Id. at ¶30 and ¶31. Plaintiff seeks declaratory and injunctive relief, as well as compensatory and punitive damages. Complaint at 19-22.[2]

The Prison Litigation Reform Act, which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

---

[2] The pages of Plaintiff's Complaint do not contain a page number. The page numbers referenced herein are to the respective page number of the Complaint that appears on the Court's case management electronic case filing system.

28 U.S.C. § 1915(g). Section 1915, known as the "Three Strikes Rule," permits a prisoner to file only "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

The Court takes judicial notice of the filings Plaintiff has brought in a Court of the United States that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted. See U.S. District Court for the Southern District of Florida, Case Numbers: 95-cv-6950; 00-2010; and 03-60739. Additionally, the Jacksonville Division of this Court found that Plaintiff had abused the judicial process and dismissed his civil rights complaint filed in Case. No. 3:01-cv-01053.

Consequently, because Plaintiff has had three or more qualifying dismissals and the Court finds that Plaintiff does not appear to be in imminent danger of serious physical injury, this action will be dismissed without prejudice. If Plaintiff wishes to prosecute this action, he must file a new civil rights complaint form and pay the $350.00 filing fee in its entirety at the time of filing.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED**, without prejudice.

2. The **Clerk of Court** shall enter judgment accordingly, terminate any pending motions, and close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this ___10th___ day of January, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: hmk
Copies: All Parties of Record